No. 1996. PEOPLE, APPELLEE, v. ORTIZ, APPELLANT.—District Court of Guayama. Decided January 15, 1923. Assault and battery. There being no bill of exceptions ·or statement of the case and no brief of the appellant, and the

record disclosing no substantial error, the judgment is affirmed.